Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Hendrick Block

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRICK BLOCK,<br><br>    Plaintiff,<br><br>  vs.<br><br>JIWAN KUMAR individually and dba DIDIER'S LIQUOR, et al.;<br><br>    Defendants. | No. 1:22-cv-01048-BAM<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER** |

**WHEREAS,** a Mandatory Scheduling Conference in this matter is set for November 17, 2022 (Dkt. 3);

**WHEREAS,** Plaintiff Hendrick Block ("Plaintiff") has been unable to serve defendant Santosh Kumar with the Summons and Complaint despite diligent efforts, and is continuing these efforts;

**WHEREAS**, Plaintiff and Defendant Jiwan Kumar, individually and dba Didier's Liquor ("Jiwan Kumar") have stipulated to extend the deadline for Jiwan Kumar to respond to Plaintiff's Complaint until November 10, 2022 (Dkt. 6);

//

//

**WHEREAS,** because Santosh Kumar has not yet been served and Jiwan Kumar has only recently retained counsel, the parties have not had the opportunity to conduct a Rule 26 conference;

**NOW, THEREFORE,** it is hereby stipulated by and between Plaintiff and Defendant, Jiwan Kumar, the parties who have appeared in this action, by and through their counsel of record, that the Mandatory Scheduling Conference set for November 17, 2022 be continued to a date on or after January 18, 2022, at the Court's convenience.

**IT IS SO STIPULATED.**

Dated: November 8, 2022                               MOORE LAW FIRM, P.C.

                                                      */s/ Tanya E. Moore*
                                                      Tanya E. Moore
                                                      Attorney for Plaintiff,
                                                      Hendrick Block

Dated: November 8, 2022                               CORFEE STONE LAW CORPORATION

                                                      */s/ Catherine M. Corfee*
                                                      Catherine M. Corfee
                                                      Attorneys for Defendant,
                                                      Jiwan Kumar individually and dba
                                                      Didier's Liquor

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                      */s/ Tanya E. Moore*
                                                      Tanya E. Moore
                                                      Attorney for Plaintiff,
                                                      Hendrick Block

# ORDER

The Parties having so stipulated and good cause appearing, it is ordered as follows:

1. The Scheduling Conference currently scheduled for November 17, 2022 is continued to **January 26, 2023 at 8:30 AM in Courtroom 8 (BAM) before United States Magistrate Judge Barbara A. McAuliffe**.

2. The parties shall file a Joint Scheduling Report at least one full week prior to the conference.

IT IS SO ORDERED.

Dated:  **November 10, 2022**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE