UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRICK BLOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIWAN KUMAR individually and dba DIDIER'S LIQUOR; SANTOSH KUMAR,<br><br>　　　　　Defendants. | Case No.  1:22-cv-01048-BAM<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>(Doc. 9) |

　　　　On November 2, 2022, the parties filed a stipulation continuing the deadline for Defendant Jiwan Kumar to file a response to the complaint to November 10, 2022.  (Doc. 6.)  Currently before the Court is the parties' second stipulation to continue the deadline for Defendant Jiwan Kumar to respond to the complaint.  (Doc. 9.)  The parties request that the deadline be continued to November 28, 2022.[1]  The parties explain that additional time is necessary because Defendant Jiwan Kumar recently retained counsel.  (*Id.* at 2.)  This is the same reason previously identified by the parties for the initial extension of time.

　　　　Having considered the second stipulation, and cause appearing, the parties' request to extend the deadline for Defendant Jiwan Kumar to respond to the complaint is GRANTED.

---

[1] The parties indicate that the deadline to respond was October 31, 2022.  (Doc. 9.)  However, the parties previously extended the time to November 10, 2022.  (Doc. 6.)

1

Defendant Jiwan Kumar shall file a response to the complaint on or before November 28, 2022. No further extensions of time shall be granted absent a demonstrated showing of good cause. The Scheduling Conference remains as calendared for January 26, 2023.

IT IS SO ORDERED.

Dated:   **November 16, 2022**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE